

# Fourth Court of Appeals
## San Antonio, Texas

January 6, 2021

No. 04-20-00409-CV

**CITY OF DEL RIO**,
Appellant

v.

Henry **ARREDONDO**,
Appellee

From the 83rd Judicial District Court, Val Verde County, Texas
Trial Court No. 2020-0073-CIV
Honorable Robert Cadena, Judge Presiding

# O R D E R

Appellant's motion for an extension of time to file its reply brief is GRANTED. Appellant's reply brief is due on or before **January 19, 2021**.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of January, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court